UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE:                                                                      CHAPTER 11
                                                                            SUBCHAPTER V

South Atlanta Restoration Services LLC

DEBTOR(S)                                                                   CASE NO. 25−51941−AEC

**ORDER TO OBTAIN A STATUS CONFERENCE DATE**
**IN A SUBCHAPTER V CHAPTER 11 CASE**

The above−referenced debtor(s) having filed a Chapter 11 case stating that the debtor has elected to proceed under Subchapter V, it is ORDERED:

Within 30 days after the filing of the petition, the debtor(s) shall obtain from the Clerk's office a date and time certain for the status conference required under 11 U.S.C. § 1188(a). If the debtor fails to comply with this order, the Court will schedule the status conference.



Dated: 1/2/26                                                               /s/ Austin E. Carter
                                                                            United States Bankruptcy Judge

United States Bankruptcy Court

Middle District of Georgia

In re:                                                                                    Case No. 25-51941-AEC

South Atlanta Restoration Services LLC                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113G-5 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 02, 2026 | Form ID: ostatcnf | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

@    Recipients marked '@' were noticed on Jan 05, 2026.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2026:**

**Recip ID**    **Recipient Name and Address**
@db    + South Atlanta Restoration Services LLC, 1303 Henderson Mill Road, Mansfield, GA 30055-5101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brendan Hunter Parnell | on behalf of Attorney c/o Thomas Peters M&M Private Lending Group  LLC, Msdrothiraji, LLC, Msdrothiracm, LLC, Joshua Moscovitch, Lewis Moscovitch as Trustee of the Moscovitch Family Irrevocable Trust bp@quirklaw.com |
| Brendan Hunter Parnell | on behalf of Attorney Lynn Funding  LLC bp@quirklaw.com |
| Brendan Hunter Parnell | on behalf of Attorney SHRI  LLC and Gita Real Estate, LLC bp@quirklaw.com |
| Jenny Martin Walker - Ch 11 SubV | Trustee.JMW@adamshemingway.com  GA72@ecfcbis.com |
| Joseph Chad Brannen | on behalf of Debtor South Atlanta Restoration Services LLC chad@brannenlawfirm.com |

District/off: 113G-5                           User: auto                                      Page 2 of 2

Date Rcvd: Jan 02, 2026                        Form ID: ostatcnf                               Total Noticed: 1

                              info@brannenlawfirm.com;5321@notices.nextchapterbk.com

Robert G. Fenimore

                              on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov  Ustp.region21.mc.ecf@usdoj.gov

U.S. Trustee - MAC

                              Ustp.region21.mc.ecf@usdoj.gov


TOTAL: 7