**SO ORDERED.**

**SIGNED this 25 day of February, 2026.**



_____
**Austin E. Carter
Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Case No. 25-51941-AEC** |
| **SOUTH ATLANTA RESTORATION** | ) | |
| **SERVICES LLC** | ) | **Chapter 11** |
| | ) | **Subchapter V** |
| **Debtor** | ) | |

### ORDER OF DISMISSAL

The United States Trustee filed a motion to convert or dismiss this case pursuant to 11 U.S.C. § 1112(b).  The matter having been called for hearing, there being no opposition, the Court having found that cause exists, and that dismissal is in the best interests of the creditors in this case, it is hereby

**ORDERED** that the case is **DISMISSED**.

### END OF DOCUMENT

Order prepared by:

Robert G. Fenimore
Trial Attorney
GA Bar No. 205202
Office of the United States Trustee
440 Martin Luther King Jr. Blvd. Suite 302
Macon, GA  31201        (478) 752-3545
robert.g.fenimore@usdoj.gov